| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Briccetti, Vincent L. | 2. Court or Organization<br><br>U.S. District Court, Southern District of New York | 3. Date of Report<br><br>04/28/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>300 Quarropas Street<br>White Plains, NY 10601 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Director | Fordham Law Alumni Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Greenwich Anesthesiology Associates, P.C. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Dovenmuehle Mortgage Inc. | Mortgage partially on rental property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property #1, South Salem, NY (1993, $62,458) | D | Rent | L | R | | | | | |
| 2. | Chase Bank, various accounts | A | Interest | L | T | | | | | |
| 3. | Fidelity Growth Company Fund | A | Dividend | K | T | | | | | |
| 4. | Fidelity NY Muni MM Fund | A | Dividend | J | T | | | | | |
| 5. | iShares S&P 500 Index | | None | J | T | Buy | 12/29/14 | J | | |
| 6. | NMIS General NY MM Fund Class B | A | Interest | J | T | | | | | |
| 7. | Nuveen New York Dividend Advantage Municipal 2 | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 8. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 9. | IRA #3 | D | Dividend | M | T | | | | | |
| 10. | - T Rowe Price Blue Chip Growth Fund | | | | | Sold | 10/17/14 | M | | |
| 11. | - T Rowe Price Equity Income Fund | | | | | Sold | 10/17/14 | L | | |
| 12. | - T Rowe Price Mid-Cap Growth Fund | | | | | Sold | 10/17/14 | K | | |
| 13. | - T Rowe Price Mid-Cap Value Fund | | | | | Sold | 10/22/14 | K | | |
| 14. | - T Rowe Price Small-Cap Stock Fund | | | | | Sold | 10/21/14 | K | | |
| 15. | - T Rowe Price Spectrum International Fund | | | | | Sold | 10/17/14 | M | | |
| 16. | - T Rowe Price High Yield Fund | | | | | Sold | 10/17/14 | K | | |
| 17. | - T Rowe Price International Bond Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T Rowe Price New Income Fund | | | | | | | | | |
| 19. IRA #4 | A | Dividend | | | | | | | |
| 20. - T Rowe Price Blue Chip Growth Fund | | | | | Sold | 10/27/14 | L | | |
| 21. - T Rowe Price Equity Income Fund | | | | | Sold | 10/27/14 | L | | |
| 22. - T Rowe Price Spectrum International Fund | | | | | Sold | 10/27/14 | J | | |
| 23. - T Rowe Price New Income Fund | | | | | Sold | 10/27/14 | K | | |
| 24. IRA #5 (Fidelity) | C | Dividend | O | T | | | | | |
| 25. - Aberdeen Asia Pac Income | | | | | Buy | 12/29/14 | K | | |
| 26. - Doubleline Total Return Bond I | | | | | Buy | 11/18/14 | L | | |
| 27. - Fidelity Cash Reserves | | | | | Buy | 10/20/14 | N | | |
| 28. - Fidelity Floating Rate High Income | | | | | Buy | 10/20/14 | K | | |
| 29. | | | | | Buy (add'l) | 10/21/14 | K | | |
| 30. | | | | | Buy (add'l) | 10/22/14 | K | | |
| 31. - iShares Core MSCI Emerging Markets | | | | | Buy | 10/20/14 | L | | |
| 32. - iShares MSCI EAFE Small Cap Index | | | | | Buy | 10/20/14 | L | | |
| 33. - iShares S&P 500 Index | | | | | Buy | 10/20/14 | L | | |
| 34. - Nuveen Build America | | | | | Buy | 10/22/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/25/14 | K | | |
| 36.   - SPDR Barclays Capital Short Term High Yield Bond | | | | | Buy | 10/20/14 | L | | |
| 37.   - T Rowe Price Emerging Markets Bond Fund | | | | | | | | | |
| 38.   IRA #6 (Fidelity) | C | Dividend | M | T | | | | | |
| 39.   - Fidelity Cash Reserves | | | | | Buy | 10/28/14 | M | | |
| 40.   - Fidelity Floating Rate High Income | | | | | Buy | 10/27/14 | K | | |
| 41. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 42.   - iShares Core MSCI Emerging Markets | | | | | Buy | 12/29/14 | J | | |
| 43.   - iShares iBoxx $ Investment Grade Corporate Bond | | | | | Buy | 11/14/14 | K | | |
| 44.   - iShares MSCI EAFE Small Cap Index | | | | | Buy | 12/29/14 | J | | |
| 45.   - Nuveen Build Amer Bd Fd | | | | | Buy | 11/05/14 | K | | |
| 46.   - Payden High Income | | | | | Buy | 11/05/14 | J | | |
| 47. | | | | | Buy (add'l) | 11/25/14 | K | | |
| 48.   401(K) #2 | D | Dividend | N | T | | | | | |
| 49.   -Vanguard 500 Index | | | | | Buy | 10/06/14 | M | | |
| 50. | | | | | Sold (part) | 10/21/14 | K | | |
| 51. | | | | | Sold (part) | 11/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/14/14 | J | | |
| 53.  - Vanguard Small Capitalization Stock | | | | | Buy | 10/06/14 | K | | |
| 54. | | | | | Sold (part) | 11/05/14 | J | | |
| 55. | | | | | Sold (part) | 11/14/14 | J | | |
| 56.  - Vanguard Total Bond Market Index Inv | | | | | Buy | 10/06/14 | M | | |
| 57. | | | | | Buy (add'l) | 10/21/14 | K | | |
| 58. | | | | | Buy (add'l) | 11/05/14 | K | | |
| 59. | | | | | Buy (add'l) | 11/14/14 | K | | |
| 60.  - Vanguard Wellington Fund | | | | | Sold (part) | 10/06/14 | N | | |
| 61. | | | | | Sold | 10/16/14 | J | | |
| 62.  Northwestern Mutual Whole Life Policy | C | Dividend | L | T | | | | | |
| 63.  Northwestern Variable Life Policy #1 | B | Dividend | L | T | | | | | |
| 64.  - Northwestern MM | | | | | | | | | |
| 65.  - Northwestern Balanced | | | | | | | | | |
| 66.  - Northwestern Index 500 Stock | | | | | | | | | |
| 67.  - Northwestern Growth Stock | | | | | | | | | |
| 68.  - Northwestern Index 400 Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Northwestern Small Cap Growth Stock | | | | | | | | | |
| 70. - Northwestern Russell Global Real Estate Securities | | | | | | | | | |
| 71. Northwestern Variable Life Policy #2 | B | Dividend | L | T | | | | | |
| 72. - Northwestern MM | | | | | | | | | |
| 73. - Northwestern Balanced | | | | | | | | | |
| 74. - Northwestern Index 500 Stock | | | | | | | | | |
| 75. - Northwestern Growth Stock | | | | | | | | | |
| 76. - Northwestern Index 400 Stock | | | | | | | | | |
| 77. - Northwestern Small Cap Growth Stock | | | | | | | | | |
| 78. - Northwestern Russell Global Real Estate Securities | | | | | | | | | |
| 79. Trust #1 | D | Int./Div. | M | T | | | | | |
| 80. - Afs Global Balanced Fund | | | | | Buy | 11/06/14 | J | | |
| 81. - Bank of America Corp | | | | | Buy | 06/06/14 | J | | |
| 82. - Deutsche Global High Income Fund | | | | | | | | | |
| 83. - Deutsche NY Tax Free Income Fund | | | | | | | | | |
| 84. - Croton Harmon NY Union Free School Tax Ex Muni Bond | | | | | Redeemed | 10/15/14 | J | | |
| 85. - GE Capital Corp InterNotes | | | | | Buy | 06/06/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Monroe Cnty NY ARPT Auth Rev Tax Ex Muni Bond | | | | | | | | | |
| 87. - NY Insured Municipal Income Trust Series No. 190 | | | | | | | | | |
| 88. - NY Insured Municipal Income Trust Series No. 160 | | | | | | | | | |
| 89. - NY Insured Municipal Income Trust Series No. 171 | | | | | | | | | |
| 90. - Edward Jones MM | | | | | | | | | |
| 91. - MetLife Investors Fixed Annuity | | | | | | | | | |
| 92. - GE Capital Retail Bank Account | | | | | | | | | |
| 93. - Goldman Sachs Bank USA Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 04/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

- T Rowe Price Summit Cash Reserves reported on line 18 of the 2013 disclosure had a zero balance on Dec 31 2013 with no activity in 2014 and therefore is not included on this report.

- T Rowe Price Summit Cash Reserves reported on line 34 of the 2013 disclosure had a zero balance on Dec 31 2013 with no activity in 2014 and therefore is not included on this report.

- Lines 9-16: A portion of the assets in IRA #3 were transferred to IRA #5 (Fidelity) in kind and sold.

- T Rowe Price Emerging Markets Bond Fund reported on line 27 of the 2013 disclosure was transferred to IRA #5 (Fidelity) in kind and is currently held in IRA #5 (line 37 of this report).

- Lines 19-23: All of the assets in IRA #4 were transferred to IRA #6 (Fidelity) in kind and sold.

- Line 82: The fund previously referred to as DWS Global High Income Plus Fund (line 59 on the 2013 report) had its name changed to Deutsche Global High Income Fund.

- Line 83: The fund previously referred to as DWS NY Tax Free Income Fund (line 60 on the 2013 report) had its name changed to Deutsche NY Tax Free Income Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent L. Briccetti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544